**Bucky J. ST. MITCHELL,**
**Plaintiff–Appellant,**

v.

**Rena CHISHOLM, Nurse and Head of Medical at Alvin S. Glenn Detention Center; Joseph Bochenek; Alvin S. Glenn Detention Center, Defendants–Appellees.**

**No. 02–7149.**

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 19, 2002.

Decided Oct. 21, 2002.

Bucky J. St. Mitchell, Appellant Pro Se. Andrea C. Pope, Barnes, Alford, Stork & Johnson, Columbia, South Carolina; William Henry Davidson, II, Matthew Blaine Rosbrugh, Davidson, Morrison & Lindemann, P.A., Columbia, South Carolina, for Appellees.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Bucky J. St. Mitchell appeals from the district court's order adopting the magistrate judge's recommendation to deny his motion for default judgment. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders. 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order St. Mitchell seeks to appeal is neither a final order nor an appealable interlocutory or collateral order.

Accordingly, we grant the Appellees' motion to dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*